**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6073**

---

RAYMOND RONALD JENNINGS,

　　　　　　　Petitioner - Appellant,

　　　v.

UNITED STATES OF AMERICA,

　　　　　　　Respondent - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  L. Patrick Auld, Magistrate Judge.  (1:23-cv-00016-CCE-LPA)

---

Submitted:  September 26, 2023　　　　　　　　　Decided: October 3, 2023

---

Before THACKER, RICHARDSON, and RUSHING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Raymond Ronald Jennings, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Ronald Jennings seeks to appeal the magistrate judge's order and recommendation that the district court dismiss Jennings' 28 U.S.C. § 2241 petition without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The magistrate judge's order and recommendation is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*